**Order entered February 4, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00100-CV**
**No. 05-19-00101-CV**
**No. 05-19-00102-CV**

**IN RE KENTRAIL R. MCCUIN, Relator**

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause Nos. F-12-51308-L, F-12-51309-L, and F-12-51310-L**

## ORDER

Before Justices Brown, Schenck, and Reichek

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.

/s/     DAVID J. SCHENCK
        JUSTICE